**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Robert Louis PONZINI, Defendant—Appellant.**

No. 08–6075.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2008.

Decided: May 15, 2008.

Robert Louis Ponzini, Appellant Pro Se. Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Louis Ponzini appeals the district court's order granting in part and denying in part Ponzini's motion to modify conditions of supervised release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ponzini,* No. 3:02–cr–00423–JRS (E.D.Va. Dec. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*